UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-CV-61913-Zloch-Rosenbaum

**LARRY EINBINDER,**

    **Plaintiff,**

v.

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,**

    **Defendant.**

_____/

### DEFENDANT IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S NOTICE OF FILING CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.1.D, Local Rules of the United States District Court for the Southern District of Florida, Defendant Iron Mountain Information Management, Inc. hereby provides notice to this Court and all parties of filing its Corporate Disclosure Statement.

DATED: December 9, 2009.

                                            Respectfully submitted,

                                            /s Timothy B. Strong
                                            Timothy B. Strong (Florida Bar No. 499285)
                                            Tim.Strong@fowlerwhite.com
                                            Heather B. Brock (Florida Bar No. 0003182)
                                            hbrock@fowlerwhite.com
                                            FOWLER WHITE BOGGS P.A.
                                            50 North Laura Street, Suite 2800
                                            Jacksonville, FL  32202
                                            Telephone:  (904) 598-3100
                                            Facsimile:   (904) 598-3131
                                            *Attorneys for Defendant Iron Mountain Information Management, Inc.*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. **I FURTHER CERTIFY** that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s Timothy B. Strong
Timothy B. Strong

## SERVICE LIST

*Larry Einbinder vs. Iron Mountain Information Management, Inc.*
*Case No.: 09-CV-61913-Zloch-Rosenbaum*
*United States District Court, Southern District Of Florida*

| | |
|---|---|
| Arianne B. Suarez, Esq.<br>Florida Bar No. 143529<br>asuarez@ldklaw.com<br>Scott D. Lieberman, Esq.<br>Florida Bar No. 962678<br>slieberman@ldklaw.com<br>LIEBERMAN DANZ & KRONENGOLD, PL<br>1301 International Parkway, Suite 140<br>Fort Lauderdale, Florida  33323<br>Telephone:  (954) 385-5400<br>Facsimile:   (954) 385-5444<br><br>*Attorneys for Plaintiff Larry Einbinder* | Timothy B. Strong<br>Florida Bar No. 499285<br>Tim.Strong@fowlerwhite.com<br>Heather B. Brock<br>Florida Bar No. 0003182<br>hbrock@fowlerwhite.com<br>FOWLER WHITE BOGGS P.A.<br>50 North Laura Street, Suite 2800<br>Jacksonville, FL  32202<br>Telephone:  (904) 598-3100<br>Facsimile:   (904) 598-3131<br><br>*Attorneys for Defendant Iron Mountain Information Management, Inc.* |